United States Courts
Southern District of Texas
FILED
*April 08, 2024*
Nathan Ochsner, Clerk of Court

United States District Court
Southern District of Texas
**ENTERED**
April 09, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| GREAT UNION MARKETING, LLC, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § | CIVIL ACTION NO. 7:23-CV-00043 |
| TWIN BROTHERS PRODUCE, LLC, *et al.*, | | |
| Defendants. | | |

## ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order of even date herewith, this civil action is hereby DISMISSED in its entirety without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

### *Directive to Clerk of Court*

The Clerk of Court is hereby DIRECTED to forward a copy of this order to Mr. Tony Villaseñor via e-mail and to docket a copy of that e-mail transmission.

IT IS SO ORDERED.

DONE at McAllen, Texas this 8th day of April 2024.

J. SCOTT HACKER
United States Magistrate Judge